UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARIUS JAMAL HARDRICK,

    Plaintiff,                                                                   Civil Case No. 22-10189
                                                                       Honorable Linda V. Parker

v.

RAPHAEL RAY WASHINGTON,

    Defendant.
_____/

**OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S JULY 22, 2022 REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION TO DISMISS**

Plaintiff commenced this lawsuit against Defendant on January 28, 2022. The matter has been assigned to Magistrate Judge Jonathan J.C. Grey for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 6.) On March 9, Defendant filed a motion to dismiss (ECF No. 4), to which Plaintiff responded (ECF No. 9).

On July 22, Magistrate Judge Grey issued a report and recommendation ("R&R") recommending that the Court grant Defendant's motion. (ECF No. 11.) At the conclusion of the R&R, Magistrate Judge Grey advises the parties that they may object to and seek review of the R&R within fourteen days of service upon

them. (*Id.* at Pg ID 63.) Magistrate Judge Grey further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id.*) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Grey. The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Defendant's motion to dismiss (ECF No. 4) is **GRANTED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: December 2, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 2, 2022, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager
